| 514P13 | State v. Raymond Dakim Harris Joiner | Def's *Pro Se* Motion to Set Aside Judgment | Dismissed |
|---|---|---|---|
| 522P13 | State v. Tunita Shenette Coleman | Def's PDR Under N.C.G.S. § 7A-31 (COA13-373) | Denied |
| 527P13 | State v. Rondell Supreme Childress | 1. State's Motion for Temporary Stay (COA13-470)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **11/21/2013**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Denied |
| 533P13 | State v. Anthony Dean Best | Def's PDR Under N.C.G.S. § 7A-31 (COA13-498) | Denied |
| 536P13 | State v. Moori El | Def's *Pro Se* Motion to Dismiss for Improper Pleading (COA13-295) | Dismissed |
| 538P13 | State v. Ronald Wayne Spann | Def's *Pro Se* Motion for Appropriate Relief | Dismissed |